# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

127841

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                               SC: 127841
                               COA: 256074
ROMALLIS DELCI COLVIN,          Wayne CC: 90-013386
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1024

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk